FRANK E. VOGEL, impleaded, etc.

*v.*

C. FEBERTZ.

*Filed at Ottawa November 1, 1895.*

The questions considered in *Vogel* v. *Pekoc*, 157 Ill. 339, are identical with those in this case, and that decision must control here.

APPEAL from the Superior Court of Cook county; the Hon. JOHN BARTON PAYNE, Judge, presiding.

DUPEE, JUDAH, WILLARD & WOLF, for appellant.

OLSON, FRAZIER & BANTLE, for appellee.

Per CURIAM:    The questions in this case are identical with those considered and decided in *Vogel* v. *Pekoc*, 157 Ill. 339.    For the reasons stated in that decision the judgment in this case will be affirmed.

*Judgment affirmed.*